# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RALPH PENA, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>BRITISH AIRWAYS, PLC (UK),<br><br>               Defendant. | **Civil Action No.** 1:18-cv-06278-LDH-RML |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff hereby appeals to the United States Court of Appeals for the Second Circuit from the Order granting Defendant British Airways, PLC's Motion to Dismiss (Dkt. No. 35), made final by the Clerk's Judgment Order (Dkt. No. 36), entered on April 7, 2020.

Dated: April 29, 2020

Respectfully submitted,

*/s/ Jason S. Rathod*
Jason S. Rathod (*pro hac vice*)
Nicholas A. Migliaccio (New York Bar No. 4035838)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

Gary S. Graifman
Jay Brody
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Rd.
Chestnut Ridge, NY 10977

Tel: (845) 356-2570
Fax: (845) 356-4335
ggraifman@kgglaw.com
jbrody@kgglaw.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH PENA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>BRITISH AIRWAYS, PLC (UK),<br><br>  Defendant. | Civil Action No. 1:18-cv-06278-LDH-RML |

## CERTIFICATE OF SERVICE

I, Jason S. Rathod, hereby certify that on April 29, 2020, I caused to be filed the foregoing "Notice of Appeal" with the Clerk of Court using the CM/ECF system, which caused a true and accurate copy to be served upon all attorneys of record.

Dated: April 29, 2020

Respectfully submitted,

*/s/ Jason S. Rathod*
Jason S. Rathod (*pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
jrathod@classlawdc.com